288     SUPREME COURT OF FLORIDA.

Peace River Phos. Min. Co. v. Singleton—Opinion of Court.

THE PEACE RIVER PHOSPHATE MINING COMPANY, PLAIN-
TIFF IN ERROR, v. J. J. SINGLETON, DEFENDANT IN
ERROR.

A verdict and judgment for the defendant upon the trial of a
    traverse of the affidavit in attachment, will not be dis-
    turbed by the appellate court on account of alleged errors
    committed by the trial judge in his charges, and in ad-
    mission and rejection of testimony, where upon the ad-
    mitted facts, it appears that the jury could not have ren-
    dered a different verdict.

This case was decided by Division B.

Writ of Error to the Circuit Court for DeSoto County.

The facts in the case are stated in the opinion of the
Court.

*Treadwell & Treadwell,* for Plaintiff in Error.

*Forrester & Burton,* for Defendant in Error.

PER CURIAM.  In this case plaintiff in error sued out
an attachment in the Circuit Court of DeSoto county
against the defendant in error, wherein the affiant in his
affidavit stated he had reason to believe that the said de-
fendant would fraudulently part with his property be-
fore judgment could be obtained against him.  There
was a traverse by the defendant and a trial of the same
before a jury, and a verdict and judgment for the de-
fendant.  There are quite a number of assignments of
error based on the admission and rejection of testimony
and the charge of the court.  We have carefully examined

the record, and irrespective of the errors assigned, we do not see how the jury, acting upon the undisputed facts, clould have arrived at a different verdict from the one rendered. Our conclusion is that there is no reversible error in the record, and it is therefore considered and ordered that the judgment of the Circuit Court be and the same is hereby affirmed.

TAYLOR, HOCKER and PARKHILL, JJ., concur.

SHACKLEFORD, C. J., and COCKRELL and WHITFIELD, JJ., concur in the opinion.